IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

ANNA HILL, Individually and as )
Personal Representative of the Estate of )
CHARLOTTE THOMPSON, deceased, ) Case No. 1-05-1163 -T An
)
Plaintiff, ) Judge Todd/anderson
)
vs. )
)
GREYHOUND LINES, INC., et al. )
)
Defendants. )

ORDER GRANTING COUNSELS' MOTION
TO PARTICIPATE IN A PARTICULAR CASE

Upon good cause shown, IT IS HEREBY ORDERED that, pursuant to Local Rule 83.1, the motions of Kenneth L. Lawson, Tamara R. Parker and Sandra J. Finucane, to be permitted to participate as counsel for the Plaintiff in the above-captioned case, are hereby GRANTED.

Date: 20 June 2005

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01163 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

Kenneth L. Lawson
Kenneth L. Lawson & Associates LPA
808 Elm Street, Suite 100
Cincinnati, OH 45202

Honorable James Todd
US DISTRICT COURT