IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ D.C.
05 AUG 22 PM 5:00
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| DWIGHT B. WALKER, personal representation of the Estate of WILLIE MAE WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND BUS LINES, TRANS USA CORPORATION, ROXANN ELLENS, THERESA BROWN, DIANA GONZALEZ, DEBORAH TAYLOR, WARREENA HENDERSON, RAYMOND WELLS, and/or CONNIE VANDVINE,<br><br>Defendants. | No. 1:04-CV-01342-T/TA |
| ANNA M. HILL, Individually and as Personal Representative of the Estate of CHARLOTTE THOMPSON, Deceased, JAMES THOMPSON, JULIA T. HARMON, CLAUDIA THOMPSON, SHIRLEY THOMPSON, CHARLENE THOMPSON, PAMELA THOMPSON, LYDELL THOMPSON, LORINE AUSTIN, FRANCES DAVIDSON, LARRY THOMPSON, CLIFTON THOMPSON, PAULINE THOMPSON and ROBERT C. PURVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware corporation, ARC INTERNATIONAL CORPORATION dba TRANS USA CORPORATION and ALEX YU CHANG,<br><br>Defendants. | Case No. 1-05-1163 T/AN<br><br>JUDGE TODD / ANDERSON |
| TERESA SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation,<br><br>Defendants. | No. 05-1079-T/AN |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/23/05

| | |
|---|---|
| DOROTHY A. STEELE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. C-01-05-2480 T/An |
| | ) |
| ESTATE OF THOMAS DICKERSON, II, | ) |
| As Employee/Agent Greyhound | ) |
| Lines, Inc., and GREYHOUND | ) |
| LINES, INC., and ALEX YU CHANG, | ) |
| as Employee/Agent of COASTAL | ) |
| GROUP CORPORATION and TRANS | ) |
| USA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON JOINT MOTION TO CONSOLIDATE
## CASES FOR ALL PURPOSES OF PRETRIAL PROCEEDINGS

Upon the Joint and unopposed Motion of the parties, and for good cause shown, it is hereby Ordered that all pretrial proceedings in these cases shall be consolidated, with the details and scheduling of these pretrial proceedings to be determined by a Joint Scheduling Order to be entered at the Case Management Conference.

SO ORDERED this 22nd day of August, 2005.

_____
JUDGE

F:\GREYHOUND\CONSOLIDATION ORDER

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01163 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Kenneth L. Lawson
Kenneth L. Lawson & Associates LPA
808 Elm Street, Suite 100
Cincinnati, OH 45202

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Honorable James Todd
US DISTRICT COURT