IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| ANNA M. HILL, Individually and as Personal Representative of the Estate of CHARLOTTE THOMPSON, deceased; ET AL., <br><br>Plaintiffs, <br><br>VS. <br><br>GREYHOUND BUS LINES, INC., a Delaware Corporation; ARC INTERNATIONAL d/b/a TRANS USA CORPORATION; and ALEX YU CHANG, <br><br>Defendants. | No. 05-1163-T/An |

### ORDER DENYING MOTION TO RESET TRIAL DATE AS UNNECESSARY

The parties in this case have filed a joint motion to reset the trial date. The parties also filed a joint motion to consolidate this case with several other related cases, for all pretrial proceedings, and a joint motion to continue the scheduling conference currently set for August 30, 2005.

The joint motion to reset the trial date is DENIED as unnecessary, as no official trial date has been set in this case. The set of instructions regarding the scheduling conference, which is attached to the Notice of Setting, specifically states that the trial date contained



This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/24/05

therein is "tentative only and may be changed by the scheduling order." The case will not be placed on the Court's trial calendar until a scheduling order is actually issued.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

23 August 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01163 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Kenneth L. Lawson
Kenneth L. Lawson & Associates LPA
808 Elm Street, Suite 100
Cincinnati, OH 45202

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT