IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY ___SP___ D.C.

05 AUG 29 PM 3:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| ANNA M. HILL, Individually and as Personal Representative of the Estate of CHARLOTTE THOMPSON, Deceased, JAMES THOMPSON, JULIA T. HARMON, CLAUDIA THOMPSON, SHIRLEY THOMPSON, CHARLENE THOMPSON, PAMELA THOMPSON, LYDELL THOMPSON, LORINE AUSTIN, FRANCES DAVIDSON, LARRY THOMPSON, CLIFTON THOMPSON, PAULINE THOMPSON and ROBERT C. PURVIS,<br><br>    Plaintiff,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation, ARC INTERNATIONAL CORPORATION, dba TRANS USA CORPORATION and ALEX YU CHANGE,<br><br>    Defendant. | NO. 1-05-1163 T/AN<br><br>JUDGE TODD / ANDERSON |

## ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Currently, a Case Management Conference in this matter has been set for August 30, 2005 at 10:00 a.m. Because this case is one of seven pending in federal courts arising out of an accident in Jackson, Tennessee on August 6, 2004, the parties have requested that the Case Management Conference be continued until such time as three of the cases can be transferred to this Court. Therefore, it is Ordered that the August 30, 2005 Case Management Conference is continued. The Court will reschedule the Case Management Conference by separate order.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/30/05

13

**IT IS SO ORDERED.**

_____
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

___August 29, 2005_____
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CV-01163 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Christopher W. Cardwell
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

Edwin E. Wallis
MOSS BENTON & WALLIS, PLLC
325 N. Parkway
P.O. Box 3897
Jackson, TN 38303--389

Kenneth L. Lawson
Kenneth L. Lawson & Associates LPA
808 Elm Street, Suite 100
Cincinnati, OH 45202

A. Scott Derrick
GULLETT SANFORD ROBINSON & MARTIN
315 Deadrick St., Ste 1100
P.O. Box 198888
Nashville, TN 37219--888

Honorable James Todd
US DISTRICT COURT